Leslie J. Hughes (Colo. Bar 15042)
U.S. SECURITIES AND EXCHANGE COMMISSION
Denver Regional Office
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone 303-844-1000
Email: HughesLJ@sec.gov

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

Case No. 2:21-cv-17768-CCC-AME

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Hon. Claire C. Cecchi, U.S.D.J<br>Hon. Andre M. Espinosa, U.S.M.J. |
| v. | : : | |
| GREGORY A. CICCONE, and PLATINUM TRAVEL AND ENTERTAINMENT, L.L.C. | : : : : | |
| Defendants, | : : | |
| PLATINUM ENTERPRISES & CONCIERGE SERVICES, INC. | : : : | |
| Relief Defendant. | : | |

_____

**PLAINTIFF'S NOTICE OF DISMISSAL
OF ACTION WITHOUT PREJUDICE**

_____

Plaintiff United States Securities and Exchange Commission ("SEC") submits this notice of dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and all of its claims against Defendants Gregory A. Ciccone, Platinum Travel and Entertainment L.L.C., and Relief Defendant Platinum Enterprises & Concierge Services Inc. (jointly referred to as "Defendants").

The Defendants did not answer or otherwise respond to the SEC's Complaint, which was served upon them during October 2021.  Dkt. No. 6, 7, 8.  The SEC received notice that Mr. Ciccone died on or about June 11, 2022.  He is the only person identified as an owner or officer of Platinum Travel or Platinum Enterprises.  Where none of the Defendants filed an answer in this case, the Plaintiff may dismiss the action without court order by filing a notice of dismissal.  Fed. R. Civ. P. 41(a)(1)(A)(i).  "Unless the notice or stipulation states otherwise, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B).

For the foregoing reasons, the SEC gives notice that it dismisses all of its claims against the Defendants without prejudice.

Dated: August 18, 2022.

Respectfully submitted,

/s/ Leslie J. Hughes
Leslie J. Hughes, (Colo. Bar No. 15423]
*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   8/19/2022